JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOR PAO VUE,<br><br>        Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:22-cv-00110-DAD-BAM<br><br>STIPULATION AND |~~PROPOSED~~| ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from July 15, 2022 to September 13, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  As Counsel has reported previously in many other cases in this district, Counsel for the Plaintiff underwent major orthopedic surgery on March 17, 2022. Although it has been over

1

three months, Counsel continues to work short periods throughout the day with significant breaks throughout.  Counsel continues to attend physical therapy four days a week.

 Additionally, for the weeks of July 11, 2022 and July 18, 2022, Counsel for Plaintiff has 24  merit briefs, and several letter briefs and reply briefs.

 Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated:       June 24, 2022         PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
 JONATHAN OMAR PENA
 Attorneys for Plaintiff


Dated: June 27, 2022         PHILLIP A. TALBERT
 United States Attorney
 PETER K. THOMPSON
 Acting Regional Chief Counsel, Region IX
 Social Security Administration


By:   **/s/ Ellinor R. Coder*
 Ellinor R. Coder
 Special Assistant United States Attorney
 Attorneys for Defendant
 (*As authorized by email on June 27, 2022)

# **ORDER**

Pursuant to stipulation, and good cause appearing, Plaintiff's second request for an extension of time to file a Motion for Summary Judgment is GRANTED. Plaintiff shall file a Motion for Summary Judgment on or before September 13, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **June 28, 2022**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE