PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4814
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| LOR PAO VUE,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:22-cv-00110-ADA-BAM<br><br>STIPULATION FOR AN EXTENSION OF TIME; [~~PROPOSED~~] ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's opening brief be extended seventy-four (74) days from October 31, 2022 up to and including January 13, 2023. This is the Defendant's first request for an extension; in addition, this case was previously stayed (Doc. 6) and Plaintiff's briefing deadline extended 91 days (Doc. 12, 14, 18).

There is good cause for this extension. The undersigned counsel for Defendant has been out of the office and/or ill for the past two weeks. Due to ongoing high workloads in light of the Commissioner's filing of numerous administrative records between April and June 2022, this

matter could not be re-assigned to another attorney to complete briefing as scheduled.  A shorter time would not suffice, as the undersigned already has higher than normal briefing volumes and briefs extended into November due to recent illness, and a full December calendar including five briefs projected to be due on December 29, 2022.  No unnecessary delay is intended, but rather, the Commissioner seeks time to adequately evaluate this case.

Respectfully submitted,

Dated:  October 26, 2022    /s/  *Jonathan O. Pena**
Jonathan O. Pena
Attorney for Plaintiff
(*signature authorized via e-mail Oct. 26, 2022)

Dated: October 26, 2022    PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:    /s/  *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and for cause shown, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 13, 2023, to file a response to Plaintiff's opening brief.  No further extensions of time will be granted absent a demonstrated showing of good cause.
IT IS SO ORDERED.

Dated:   **October 27, 2022**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE